

QUEENS DA    Fax:17182866993    Sep 4 2013 12:41am P002/005



AFFI536452527733

Q13653242,Q13653247,Q13653240

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

| THE PEOPLE OF THE STATE OF NEW YORK | STATE OF NEW YORK |
|---|---|
| V. | COUNTY OF QUEENS |
| JUAN ALANZO (21Y)<br>MARCOS HERRERA AMADOR (31Y)<br>EDGARDO RODRIGUEZ (37Y)<br>DEFENDANTS | 2013QN049535 |



POLICE OFFICER KEVIN LEE OF 110TH PRECINCT, TAX REG#: 947168, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT SEPTEMBER 3 2013 BETWEEN 1:45AM AND 2:52AM, INSIDE OF 4722 JUNCTION BOULEVARD, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANTS COMMITTED THE OFFENSES OF:

PL 160.15-3 [BF] ROBBERY IN THE FIRST DEGREE - (DNA SAMPLE REQUIRED
     UPON CONVICTION) (5 COUNTS)
PL 160.15-4 [BF] ROBBERY IN THE FIRST DEGREE - AN ARMED FELONY
     OFFENSE; (DNA SAMPLE REQUIRED UPON CONVICTION) (5 COUNTS)
PL 265.03 (1) (B) (EFF 12/15/2006) [CF] CRIMINAL POSSESSION OF A
     WEAPON IN THE SECOND DEGREE - AN
     ARMED FELONY OFFENSE; (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 265.03 (3) (12/15/2006) [CF] CRIMINAL POSSESSION OF A WEAPON IN
     THE SECOND DEGREE - AN ARMED FELONY
     OFFENSE; (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 155.35-1 (11/1/2010) [DF] GRAND LARCENY IN THE THIRD DEGREE - (DNA
     SAMPLE REQUIRED UPON CONVICTION)
PL 265.01-1 (EFF. 11/1/2008) [AM] CRIMINAL POSSESSION OF A WEAPON IN
     THE FOURTH DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)

---

PL 160.15-3 [BF] ROBBERY IN THE FIRST DEGREE - (DNA SAMPLE REQUIRED
UPON CONVICTION) (5 COUNTS)
     --- FORCIBLY STEAL PROPERTY AND IN THE COURSE OF COMMITTING THE
     CRIME OR OF IMMEDIATE FLIGHT THEREFROM, HE OR ANOTHER PARTICIPANT
     IN THE CRIME DID USE OR THREATEN THE IMMEDIATE USE OF A DANGEROUS
     INSTRUMENT;

PL 160.15-4 [BF] ROBBERY IN THE FIRST DEGREE - AN ARMED FELONY OFFENSE;
(DNA SAMPLE REQUIRED UPON CONVICTION) (5 COUNTS)
     --- FORCIBLY STEAL PROPERTY AND IN THE COURSE OF COMMITTING THE
     CRIME OR OF IMMEDIATE FLIGHT THEREFROM, HE OR ANOTHER PARTICIPANT
     IN THE CRIME DID DISPLAY WHAT APPEARED TO BE A PISTOL, REVOLVER,
     RIFLE, SHOTGUN, MACHINE GUN OR OTHER FIREARM;

*Criminal Court of the City of New York*
County of _____ Date 8-18 20 14
*I hereby certify that the within is a true*
*Copy of the Record on file at this Court*
_____ ... *Court Clerk*



APFI|S3645Z1S27733

ALANZO,JUAN  Q13653242,  HERRERA AMADOR,MARCOS  Q13653247
RODRIGUEZ,EDGARDO  Q13653240

PL 265.03 (1) (B) (EFF 12/15/2006) [CF] CRIMINAL POSSESSION OF A WEAPON
IN THE SECOND DEGREE - AN ARMED FELONY OFFENSE; (DNA SAMPLE REQUIRED
UPON CONVICTION)
    --- WITH INTENT TO USE THE SAME UNLAWFULLY AGAINST ANOTHER,
    POSSESS A LOADED FIREARM;

PL 265.03 (3)  (12/15/2006) [CF] CRIMINAL POSSESSION OF A WEAPON IN THE
SECOND DEGREE - AN ARMED FELONY OFFENSE; (DNA SAMPLE REQUIRED UPON
CONVICTION)
    --- POSSESS ANY LOADED FIREARM.  SUCH POSSESSION SHALL NOT,
    EXCEPT AS PROVIDED IN SUBDIVISION ONE OR SEVEN OF SECTION 265.02
    OF THIS ARTICLE CONSTITUTE A VIOLATION OF THIS SUBDIVISION IF
    SUCH POSSESSION TAKES PLACE IN SUCH PERSON'S HOME OR PLACE OF
    BUSINESS;

PL 155.35-1 (11/1/2010) [DF] GRAND LARCENY IN THE THIRD DEGREE - (DNA
SAMPLE REQUIRED UPON CONVICTION)
    --- STEAL PROPERTY AND WHEN THE VALUE OF THE PROPERTY EXCEEDS
    THREE THOUSAND DOLLARS;

PL 265.01-1 (EFF. 11/1/2008) [AM] CRIMINAL POSSESSION OF A WEAPON IN
THE FOURTH DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)
    --- POSSESS ANY FIREARM, ELECTRONIC DART GUN, ELECTRONIC STUN
    GUN, GRAVITY KNIFE, SWITCHBLADE KNIFE, PILUM BALLISTIC KNIFE,
    METAL KNUCKLE KNIFE, CANE SWORD, BILLY, BLACKJACK, BLUDGEON,
    PLASTIC KNUCKLES, METAL KNUCKLES, CHUKA STICK, SAND BAG,
    SANDCLUB, WRIST-BRACE TYPE SLINGSHOT OR SLUNGSHOT, SHIRKEN OR
    "KUNG FU STAR".


THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

DEPONENT STATES THAT HE IS INFORMED BY COMPLAINANT MARIANO PAULINO, THAT
AT THE ABOVE MENTIONED TIME DATE AND LOCATION OF OCCURRENCE THE
DEFENDANTS, EDGARDO RODRIGUEZ, JUAN ALANZO, AND MARCOS HERRERA AMADOR
ENTERED SAID LOCATION TOGETHER.

DEPONENT IS INFORMED BY COMPLAINANT MARIANO PAULINO THAT DEFENDANT
ALANZO WAS HOLDING A BLACK FIREARM, HAD A MASK ON THE TOP OF HIS HEAD
AND TOLD EVERYONE TO GET DOWN.

DEPONENT IS FURTHER INFORMED BY COMPLAINANT MARIANO PAULINO THAT THE
DEFENDANT THEN PLACED SAID FIREARM TO THE HEAD OF COMPLAINANT, MILAYDI
RAMIREZ, HANDED HER A DUFFLE BAG AND TOLD HER TO GATHER EVERYONE'S
VALUABLES INSIDE OF SAID BAG.

DEPONENT IS FURTHER INFORMED BY COMPLAINANT MARIANO PAULINO THAT
DEFENDANT ALANZO HANDS THE ABOVE MENTIONED FIREARM TO EDGARDO
RODRIGUEZ AND THAT EDGARDO RODRIGUEZ THEN STOOD BY THE FRONT DOOR.

DEPONENT IS FURTHER INFORMED BY COMPLAINANT MARIANO PAULINO THAT
DEFENDANT ALANZO LOWERED HIS MASK, DISPLAYED A KNIFE AND BEGAN
APPROACHING PATRONS ON THE FLOOR AND GOING THROUGH THEIR POCKETS

QUEENS DA                    Fax:17182866993           Sep 4 2013 12:41am  P004/005



AFFID536452527733

ALANZO,JUAN  Q13653242,  HERRERA AMADOR,MARCOS  Q13653247
RODRIGUEZ,EDGARDO  Q13653240

DEPONENT IS FURTHER INFORMED BY COMPLAINANT MARIANO PAULINO THAT
COMPLAINANT RAMIREZ APPROACHED HIM AND REMOVED HIS CELLULAR PHONE AND
A SUM OF UNITED STATES CURRENCY FROM HIS POCKETS.

DEPONENT IS FURTHER INFORMED BY COMPLAINANT VICTOR VARGAS THAT AN
INDIVIDUAL WITH A GUN DEMANDED HIS PROPERTY AND THAT HIS WATCH, IPHONE
AND MOTOROLA CELLULAR PHONE WERE PLACED IN A DUFFLE BAG.

DEPONENT IS FURTHER INFORMED BY COMPLAINANT SUARE SALCEDO THAT AN
INDIVIDUAL WITH A GUN DEMANDED HIS PROPERTY AND THAT HIS CELLULAR
PHONE WAS PLACED IN A DUFFLE BAG.

DEPONENT IS FURTHER INFORMED BY COMPLAINANT JOSE PEREZ THAT AN
INDIVIDUAL WITH A GUN DEMANDED HIS PROPERTY AND THAT HIS IPHONE AND
$5,500.00 WERE PLACED IN A DUFFLE BAG.

DEPONENT IS FURTHER INFORMED BY COMPLAINANT JOSE VALERIO THAT AN
INDIVIDUAL WITH A GUN DEMANDED HIS PROPERTY AND THAT HIS IPHONE AND AN
HTC CELLULAR PHONE WERE PLACED IN A DUFFLE BAG.

DEPONENT IS FURTHER INFORMED BY COMPLAINANT MARIANO PAULINO THAT ALL
THREE DEFENDANTS THEN FLED THROUGH THE REAR OF THE LOCATION TOGETHER.

DEPONENT FURTHER STATES HE RECOVERED A GRAVITY KNIFE FROM THE GROUND
IN THE REAR OF THE ABOVE LOCATION

DEPONENT FURTHER STATES THAT HE RECOVERED A DUFFLE BAG CONTAINING
APPROXIMATELY $9,000.00, ASSORTED JEWELRY, MULTIPLE CELLULAR PHONES
AND A .40 CALIBER GLOCK PISTOL LOADED WITH TWELVE ROUNDS IN THE MAGAZINE
AND ONE ROUND IN THE CHAMBER, FROM THE GROUND NEAR A FENCE WHICH
DEFENDANT, EDGARDO RODRIGUEZ WAS CLIMBING OVER LOCATED IN FRONT OF 94-66
ALSTYNE AVENUE IN QUEENS COUNTY.

DEPONENT IS FURTHER INFORMED BY POLICE OFFICER MOSBACK (947278) THAT
HE RECOVERED A MASK FROM DEFENDANT ALANZO WHO WAS HIDING IN A SHED IN
THE REAR OF 94-66 ALSTYNE AVENUE IN QUEENS COUNTY.

09/04/2013  12:42AM  (GMT-04:00)

Criminal Co[...]
County of _____ Qus [...] 8/8 20 14
I hereby certif[...]
Copy of the Re[...] file at this Cou[...]



QUEENS DA       Fax:17182866993       Sep  4 2013 12:42am  P005/005

AFFQ536452|527733

ALANZO, JUAN  013653242,  HERRERA AMADOR, MARCOS   013653247
RODRIGUEZ, EDGARDO  013653240

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW

9/4/13
DATE       SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

_____
DATE       SIGNATURE

09/04/2013  12:42AM (GMT-04:00)

Criminal Court of the City of New York

County of _____ NY _____ Date 8-18-20 14

I hereby certify that the within is a true Copy of the Record on file at this Court