EXHIBIT C

**CAMERA 2**

Pic 2.1

Pic 2.2

Pic 2.3



Pic 2.4

## CAMERA 1



Pic 1.1



Pic 1.2



Pic 1.3



Pic 1.4



Pic 1.5



Pic 1.6